JAMES B. SMITH, Respondent, *v.* THE INGERSOLL-SERGEANT ROCK DRILL COMPANY, Appellant.

*Smith* v. *Ingersoll-Sergeant Co.*, 12 Misc. Rep. 5, affirmed.
(Argued March 9, 1898; decided March 25, 1898.)

APPEAL from an order of the General Term of the late Court of Common Pleas for the city and county of New York, entered April 1, 1895, reversing a judgment for nominal dam-

ages entered upon a decision of the court on trial at Special Term and granting a new trial.

*William. L. Turner* for appellant.

*Jacob F. Miller* for respondent.

Order affirmed, and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.
All concur.